

October 9, 2023

Ms. Maria R. Hamilton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    RE:   Rae v. Woburn Public Schools
            Case No. 23-1432, Rule 28(j) letter

Dear Madame Clerk:

During oral argument on October 4, 2023, for the above-referenced case, this Honorable Court asked Appellant Rae for cases in which the continuing violation theory, as articulated in the case of *National Railroad Passenger Corp. v. Morgan,* 536 U.S. 101(2002), has been applied to claims brought pursuant to the Americans with Disabilities Act (ADA).

The filing deadlines for Title VII and the ADA are controlled by the same statutory provision -- 42 U.S.C., § 2000e-5(e)(1). *See* 42 U.S.C. § 12117(a) (ADA provision incorporating by reference 42 U.S.C. § 2000e-5(e)(1)). Given that the *Morgan* case interprets 42 U.S.C. § 2000e-5(e)(1), Circuit courts have expressly applied the *Morgan* analysis to the ADA. *See Abram v. Fulton County Gov't*, 598 Fed. Appx. 672, 674-675 (11th Cir. 2015); *see also Mauritz v. Lynn,* 2023 U.S. App. LEXIS 10358 (5th Cir.), at 8-9 (using the *Morgan* analysis to consider ADA continuing violations claim involving harassment); *Shea v. City & County of San*

1



*Francisco*, 57 Fed. Appx. 740, 742 (9th Cir. 2003) (considering ADA continuing violations claim using the *Morgan* analysis).

District courts in other circuits have also analyzed ADA continuing violation claims using the *Morgan* doctrine. *See, e.g.*, *Samuels v. City of New York*, 2023 U.S. Dist. LEXIS 156539 (S.D. N.Y. 2023), at 14; *Leonard v. Towson Univ.*, 2022 U.S. Dist. LEXIS 157202 (D. Md.), at 14-15 (based on *Morgan*, finding a continuing violation under the ADA because the employer "repeatedly ignored and rejected his accommodation requests for periods of varying length, excluded him from meetings and conferences, manipulated his timekeeping records, subjected him to an unnecessary fitness-for-duty exam, and kept him from professional development opportunities."); *Venticinque v. City of Chicago Dep't of Aviation*, 2022 U.S. Dist. LEXIS 161682 (N.D. Ill.), at 18-20 (*Morgan* continuing violation analysis applied to ADA claim).

                                                                Respectfully submitted,
Amy Rae, Appellant
By her attorney,

*/s/ Laurel J. Francoeur*
Laurel J. Francoeur
First Circuit Bar #1208016
Francoeur Law Office
63 Shore Road, Suite 24
cc:   Sasha Gill, Esq.                          Winchester, MA 01890